UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:

WILLIE J. McCOMBS, SR.
    Debtor
  SSN XXX-XX-4914

Chapter 13
18-30270

*FILED U.S. BANKRUPTCY COURT, WDNC — JUN -7 2018 — Steven T. Salata, Clerk, Charlotte Division/CCH*

RESPONSE OF THE OBJECTION TO CLAIM #8

    Comes now the Creditor to show the Court that he entered into a Offer to Purchase and Contract with the Petitioner to purchase commercial real property at Mini Shoping Center located at 2632 Statesville Avenue, Charlotte, NC.

    The Petitioner (Seller) and Creditor signed the Offer to Purchase and Contract January 26, 2015.

    In preparation for the real property closing, the Creditor incurred expenses in amount of $13,402.00 as part of the due diligence required to secure the balance of the mortgage.  Two thousand dollars ($2,167.50) is still owed to the Creditor's real property attorney.

    At the closing the Petitioner breached the purchase agreement refused to execute the closing documents. The Creditor has submitted the Proof of Claim (subsequently amended) to recover the reasonable costs he incurred.

*[signature]*
Johnnie Harris, Creditor
2632 Statesville Ave.
Charlotte, NC  28206

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:

WILLIE J. McCOMBS, SR.
    Debtor
  SSN XXX-XX-4914

Chapter 13
18-30270

CERTIFICATE OF SERVICE

    This is to Certify that the Undersigned has this date served the Response to the Objection to Claim #8 upon the following:

Mr. Warren L. Tadlock, Chapter 13 Trustee
5970 Fairview Rd.
Ste. 650
Charlotte, NC  28210


Ms. Sandra U. Cummings,
1230 W. Morehead St.
Charlotte, NC  28208

This the 6th day of June, 2018.


_____
Johnnie Harris, Creditor
2632 Statesville Ave.
Charlotte, NC  28206